**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| STEVEN BURDA, | : | No. 279 MAL 2019 |
|---|---|---|
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| ALLA KORENMAN F/K/A ALLA BURDA, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 24th day of September, 2019, the Petition for Allowance of Appeal, the Application to Direct Trial Court to Provide for Original Records, and the Application to Provide Access Code for Online Filing are **DENIED**.